# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| USA TIRE MARKETING, INC., a Canadian corporation,<br><br>Plaintiff/Judgment Creditor,<br><br>vs.<br><br>DAVID C. WILSON and THERESA M. WILSON, individually and the marital community comprised thereof, d/b/a WILSON BROTHERS HEAVY HAULING; THE TIRE GUYS, INC.,<br><br>Defendants/Judgment Debtors. | NO.  08-mc-5047KLS<br><br>ORDER FOR SUPPLEMENTAL EXAMINATION<br><br>**[CLERK'S ACTION REQUIRED]** |

**FROM THE UNITED STATES, TO: DAVID C. WILSON and THERESA M. WILSON**

The judgment creditor having applied for an order directing you to appear for a debtors' examination as provided by Fed. R. Civ. P. 69(a) and RCW 6.32.010, *et seq.*, the Court having considered the Judgment Creditor's Motion for Order for Supplemental Examination and the Declaration of Dan Lossing along with attached *Exhibits "A"* and *"B"*, NOW, THEREFORE,

ORDER FOR SUPPLAMENTAL EXAMINATION - Page 1
374300.01|360564|0002|80t801!.DOC

INSLEE BEST
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
777 – 108th Avenue N.E., Suite 1900
P.O. Box 90016
Bellevue, WA 98009-9016
425.455.1234

YOU ARE HEREBY DIRECTED TO APPEAR in person before The Honorable Karen L. Strombom, at the United States Courthouse, 1717 Pacific Avenue, Floor 3, Courtroom F, Tacoma, Washington, on Tuesday, September 16, 2008 at 10:00a.m., to answer concerning the judgment described above, and YOUR FAILURE TO APPEAR MAY RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST; AND, IT IS FURTHER

ORDERED that the examinees, upon having been served with a certified copy of this Order, shall bring the following documents within his/her possession or under his/her control to the said examination on the date above given:

1. All federal and/or state income tax returns filed by David C. Wilson and/or Theresa M. Wilson (the "judgment debtors"), individually or jointly, for the past three (3) tax years including this year.

2. All savings, checking and/or other deposit account records of the judgment debtors, individually or with any other person or entity, during the past twenty-four (24) months to the present.

3. All financial statements, loan applications, and/or records containing financial information of any kind, description and nature, which have been submitted to banks or other lending institutions, or to any other person or entity during the past twenty-four (24) months to the present.

4. All ledgers, books, accounts, cash receipt journals, accounts receivable, accounts payable, and all other accounts or records kept or maintained by judgment debtors, or either of them, and any business entity in which judgment debtors have (or have had) an interest or

ORDER FOR SUPPLAMENTAL EXAMINATION - Page 2
374300.01|360564|0002|80t801!.DOC

INSLEE BEST
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
777 – 108th Avenue N.E., Suite 1900
P.O. Box 90016
Bellevue, WA 98009-9016
425.455.1234

1 under his/her supervision, direction or control, during the past twenty-four (24) months to the
2 present.

3     5. All records of any real property owned by judgment debtors or in which judgment
4 debtor have (or have had) any right, title or interest and any business entity in which judgment
5 debtors have an interest, including vendee's interest in real property owned and any records of
6 appraisal, valuation, listing for sale or sale of any real property of the judgment debtor during
7 the past twenty-four (24) months to the present.

8     6. An itemized list and any and all other records of accounts receivable, notes
9 receivable, liquidated or unliquidated, contracts for which payment is or may be anticipated,
10 lien claims, or any other indebtedness due judgment debtors, and any business entity in which
11 judgment debtors have an interest.

12     7. An itemized list of and all records or documents evidencing ownership by judgment
13 debtors, or either of them, of or partnership interest in any personal property, including without
14 limitation automobiles, vehicles, trucks, trailers, tools, machinery, business equipment,
15 construction equipment, inventory, furniture, computers, stocks, bonds, or any other personal
16 property, the current location, and names and addresses of the person(s) presently in
17 possession of each.

18     8. All documents concerning any income or assets of the judgment debtors, or either of
19 them, not otherwise disclosed in the documents requested above, including but not limited to
20 all financial documents, bank account statements, checkbooks, canceled checks, accounts
21 receivable, and commissions due, including the name and address of the name and location of
22 each such source of income, receivable, or asset.

23

24 ORDER FOR SUPPLAMENTAL EXAMINATION - Page 3
374300.01|360564|0002|80t801!.DOC

25

INSLEE BEST
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
777 – 108th Avenue N.E., Suite 1900
P.O. Box 90016
Bellevue, WA 98009-9016
425.455.1234

**YOUR FAILURE TO APPEAR MAY RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST; YOUR FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF TERMS AND/OR SANCTIONS, INCLUDING THOSE APPLICABLE TO CONTEMPT OF COURT.**

DONE IN OPEN COURT this 8th day of August, 2008.

　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　United States Magistrate Judge

Presented by:

INSLEE BEST DOEZIE & RYDER

_____
Dan S. Lossing
Washington State Bar No. 13570
dlossing@insleebest.com
Attorneys for Plaintiff, USA Tire Marketing, Inc.

777 – 108th Avenue N.E., Suite 1900
P.O. Box 90016
Bellevue, Washington 98009
Telephone: (425) 455-1234
Facsimile: (425) 635-7720

ORDER FOR SUPPLAMENTAL EXAMINATION - Page 4
374300.01|360564|0002|80t801!.DOC



INSLEE BEST
INSLEE, BEST, DOEZIE & RYDER, PS
Attorneys at Law
777 – 108th Avenue N.E., Suite 1900
P.O. Box 90016
Bellevue, WA 98009-9016
425.455.1234